**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| REBECCA CASTILLO, | CASE NO. 5:17-cv-2110 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| v. | |
| JO-ANN STORES, LLC, | **CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT JO-ANN STORES, LLC** |
| Defendant. | |

Defendant Jo-Ann Stores, LLC files this Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.13(b):

Jo-Ann Stores Holdings Inc. ("Jo-Ann Holdings"), a Delaware corporation, is the parent of Needle Holdings LLC ("Needle"), a Delaware limited liability company, which is the parent of Defendant Jo-Ann Stores, LLC, an Ohio limited liability company. Needle owns all membership interests of Jo-Ann Stores, LLC. Jo-Ann Holdings owns all membership interests of Needle. Investment funds affiliated with Leonard Green & Partners, L.P. ("LGP"), as well as a small number of co-investors, own the shares of Jo-Ann Holdings. No publicly held corporation owns 10% or more of the stock of Jo-Ann Holdings, Needle, Jo-Ann Stores, or LGP.

Respectfully submitted,

*/s/ Stephen W. Funk*

Stephen W. Funk (0058506)
Leighann K. Fink (0077765)
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, Ohio 44308
Telephone: (330) 849.6602
Email: sfunk@ralaw.com; lfink@ralaw.com

*Attorneys for Defendant, Jo-Ann Stores, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2017, a copy of the foregoing *Corporate Disclosure Statement of Defendant Jo-Ann Stores, LLC* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Stephen W. Funk*
Stephen W. Funk, Esq.