# UNITED STATES DISTRICT COURT
## Northern District of Ohio

Castillo

Plaintiff

v.

Jo-Ann Stores, LLC

Defendant

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
AND ORDER OF REFERENCE

Case Number: 5:17-cv-02110-JRA

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| /s/ Marc E. Dann | Rebecca Castillo | 10/26/17 |
| [signature] | Jo-Ann Stores, LLC | 10/26/17 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to **Kathleen B. Burke** United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

10/31/17

Date

/s/ John R. Adams

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **_ONLY IF_** ALL PARTIES HAVE CONSENTED **_ON THIS FORM_** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.