**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA CASTILLO, an individual, | ) | CASE NO. 5:17-cv-2110 |
| | ) | |
| Plaintiff, | ) | MAG. JUDGE KATHLEEN B. BURKE |
| v. | ) | |
| | ) | |
| JO-ANN STORES, LLC, | ) | **DEFENDANT'S NOTICE OF** |
| | ) | **APPEARANCE OF COUNSEL** |
| Defendant. | ) | |
| | ) | |

Please take notice of the appearance of Roland J. De Monte of the law firm of Jackson Lewis P.C., as counsel of record for Defendant.  All court notices, pleadings and other papers in this matter should be sent to the undersigned.

Dated:  April 17, 2018

                                      Respectfully submitted,

                                      */s/ Roland J. De Monte*
Roland J. De Monte (#0081129)
**JACKSON LEWIS P.C.**
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, OH  44131
(216) 750-0404
(216) 750-0826 (Fax)
Roland.DeMonte@jacksonlewis.com

and

Joseph J. Lynett (Admitted *pro hac vice*)
**JACKSON LEWIS P.C.**
44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-6888
(914) 946-1216 (Fax)
Joseplaynett@jacksonlewis.com

and

        Stephen W. Funk, Esq.
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 10th FL
Cleveland, OH  44114
(216) 623-0150
(216) 623-0134 (Fax)
sfunk@ralaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2018, a true and accurate copy of the foregoing **Defendant's Notice of Appearance of Counsel** was electronically filed with the U.S. District Court for the Northern District of Ohio. Notice of this filing will be delivered to all parties by operation of the Court's electronic filing system.

*/s/ Roland J. De Monte*
Roland J. De Monte (#0081129)

*One of the Attorneys for Defendant*

4836-6365-5522, v. 1