# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS AND ORDER –CIVIL

REBECCA CASTILLO,            CASE NO: 5:17-cv-2110

           Plaintiff,

           v.            MAGISTRATE JUDGE
           KATHLEEN B. BURKE

JO-ANN STORES, LLC,

           Defendant.

PROCEEDINGS:  On June 19, 2018, at 10:00 a.m., the Court held a telephone conference. Participating were Plaintiff's counsel Emily C. White and Defendant's counsel Roland J. DeMonte.

The Court discussed with counsel whether the current in-person status conference set for June 28 would be advisable, given that the parties had requested, and were granted, an extension of the fact discovery cut-off date.  Although counsel indicated that they would be amenable to participating in an in-person conference on June 28, they also indicated that they were far apart in their current settlement negotiations and were doubtful certain obstacles could be overcome. Accordingly, the Court changed the in-person conference on June 28 into a telephonic conference with counsel so that counsel can update the Court on the status of their discussions. Specifically, by June 28, counsel will have completed their demand and offer exchange and will have had at least one follow-up telephone call.  During the call with the Court on June 28, the Court will revisit with counsel the issue of the usefulness of having an in-person status conference to try to resolve this case.  The Court also advised that Plaintiff would be expected to attend, in person, any such status conference focused on settlement.

Plaintiff's counsel is to set up the call in the same manner as prior telephone conferences.

Total Time: 35 minutes

June 19, 2018

*/s/ Kathleen B. Burke*
_____
KATHLEEN B. BURKE
U.S. MAGISTRATE JUDGE