# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS AND ORDER –CIVIL

| | |
|---|---|
| REBECCA CASTILLO, | CASE NO: 5:17-cv-2110 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE KATHLEEN B. BURKE |
| JO-ANN STORES, LLC, | |
| Defendant. | |

PROCEEDINGS:  On June 28, 2018, at 10:00 a.m., the Court held a telephone conference. Participating were Plaintiff's counsel Emily C. White and Defendant's counsel Roland J. DeMonte.

Counsel updated the Court on the status of their attempts to resolve the case. After discussion, the Court set a telephone call with counsel for August 17, 2018, at 2:00 p.m., as a follow up and to discuss scheduling an in-person status conference, if necessary.  Plaintiff's counsel is to set up the call in the same manner as prior telephone conferences.

Total Time: 10 minutes

June 28, 2018

*/s/ Kathleen B. Burke*
KATHLEEN B. BURKE
U.S. MAGISTRATE JUDGE