Approved.

*/s/ Kathleen B. Burke*
_____
Kathleen B. Burke
U.S. Magistrate Judge
Dated: 10/4/2018

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA CASTILLO, an individual, | ) | CASE NO. 5:17-cv-2110 |
| | ) | |
| Plaintiff, | ) | MAG. JUDGE KATHLEEN B. BURKE |
| v. | ) | |
| | ) | |
| JO-ANN STORES, LLC, | ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Now come the undersigned attorneys for the respective parties, pursuant to Civil Rule of Procedure 41(a), and hereby stipulate that the above-captioned action has been resolved and is dismissed in its entirety <u>with prejudice</u> as to all claims, with each party to bear its own attorney fees, expenses, and court costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| */s/ Emily White* | */s/ Roland J. De Monte* |
| Emily White (0085662) | Roland J. De Monte (0081129) |
| Marc E. Dann (0039425) | **JACKSON LEWIS P.C.** |
| **DannLaw** | Park Center Plaza I, Suite 400 |
| P.O. Box 6031040 | 6100 Oak Tree Boulevard |
| Cleveland, OH  44103 | Cleveland, OH  44131 |
| (216) 373-0539 | (216) 750-0404 |
| (216) 373-0536 (Fax | (216) 750-0826 (Fax) |
| DisabilityNotices@dannlaw.com | Roland.DeMonte@jacksonlewis.com |
| and | and |
| Joseph R. Manning, Jr. *(Admitted Pro Hac Vic)* | Joseph J. Lynett (Admitted *pro hac vice*) |
| Michael J. Manning, *(Admitted Pro Hac Vic)* | **JACKSON LEWIS P.C.** |
| Tristen P. Jankowski *(Admitted Pro Hac Vic)* | 44 South Broadway, 14th Floor |
| *(Pro Hac Admission to be sought)* | White Plains, NY  10601 |
| 4667 MacArthur Blvd., Suite 150 | (914) 872-6888 |
| Newport Beach, CA 92660 | (914) 946-1216 (Fax) |
| (949) 200-8755 | Joseplaynett@jacksonlewis.com |
|  | and |
| *Counsel of Record for Plaintiff* |  |